No. 132, Orig.  ALABAMA ET AL. *v.* NORTH CAROLINA.  Motion for leave to file bill of complaint granted.  Defendant is allowed 30 days within which to file an answer.  [For earlier order herein, see 537 U. S. 806.]

No. 02–1318.  ZAPATA HERMANOS SUCESORES, S. A. *v.* HEARTHSIDE BAKING CO., INC., DBA MAURICE LENELL COOKY Co.  C. A. 7th Cir.  The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 02–10791.  IN RE MARTIN; and
No. 02–10815.  IN RE MOORE.  Petitions for writs of habeas corpus denied.

No. 02–10148.  IN RE DOCKERAY.  Petition for writ of mandamus denied.

No. 02–10029.  IN RE REED.  Petition for writ of mandamus and/or prohibition denied.

No. 02–1016.  TILL ET UX. *v.* SCS CREDIT CORP.  C. A. 7th Cir.  Certiorari granted.

No. 02–9065.  MUHAMMAD, AKA MEASE *v.* CLOSE.  C. A. 6th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted, and certiorari granted limited to the following questions: "1. Whether a plaintiff who wishes to bring a § 1983 suit challenging only the conditions, rather than the fact or duration, of his confinement, must satisfy the favorable termination requirement of *Heck* v. *Humphrey*, 512 U. S. 477 (1994).  2. Whether a prison inmate who has been, but is no longer, in administrative segregation may bring a § 1983 suit challenging the conditions of his confinement (*i. e.*, his prior placement in administrative segregation) without first satisfying the favorable termination requirement of *Heck* v. *Humphrey*."  Corinne Beckwith, Esq., of Washington, D. C., is appointed to serve as counsel for petitioner in this case.

No. 02–938.  CASTLE ET AL. *v.* UNITED STATES.  C. A. Fed. Cir.  Certiorari denied.